# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0536.  KENNETH DOBSON, et al. v. SINCLAIR OCONEE REALTY INC.

Kenneth and Trina Dobson appealed to superior court after a magistrate court rendered a judgment against them in this action involving the sale and purchase of a manufactured home.  The parties proceeded to trial in superior court but ultimately entered into a settlement agreement, which terms were entered on the record of the court.  After the Dobsons refused to dismiss their claims, Sinclair filed motions to enforce the settlement agreement and for attorney's fees, and the Dobsons filed motions to recuse and to appeal the attorney's fees awarded.  The trial court entered its final order on June 3, 2015, in which it denied the Dobsons' motion to recuse, denied their motion to reconsider the award of attorney's fees, and dismissed their counterclaims.  Kenneth and Trina Dobson filed their application for discretionary appeal on August 6, 2015.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because the Dobsons filed their application 64 days after entry of the order they seek to appeal, it is untimely.

The Dobsons filed a motion for mistrial on July 1, 2015, which motion is in substance one for reconsideration.  See *Ghrist v. Fricks,* 219 Ga. App. 415, 421 (2) (465 SE2d 501) (1995) (in determining the nature of the motions filed, substance rather than nomenclature controls).  However, the denial of a motion for

reconsideration is not directly appealable nor does it extend the 30-day deadline for appealing the underlying order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); OCGA § 5-6-38 (a). For these reasons, we lack jurisdiction over this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*    09/03/2015
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                        *, Clerk.*